CJF7.28.20
SW USAO2020R00255



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. DKC-20-0245 |
| v. | * | |
| | * | (Possession of a Firearm and |
| KENNETH MATTHEW CLARK JR. | * | Ammunition by a Prohibited Person, |
| a/k/a "Man," a/k/a "Play," | * | 18 U.S.C. § 922(g)(1); Narcotics |
| | * | Conspiracy, 21 U.S.C. § 846; |
| Defendant | * | Possession of Firearm in Furtherance |
| | * | of Drug Trafficking Crime, |
| | * | 18 U.S.C. § 924(c); Forfeiture, |
| | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about February 18, 2020 and continuing through February 20, 2020, in the District of Maryland, the defendant,

**KENNETH MATTHEW CLARK JR.,**
a/k/a "Man," a/k/a "Play,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a loaded American Tactical .22 LR handgun bearing serial number A520515 with a weapon-mounted Truglo flashlight, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

### The Conspiracy

Beginning at least in or about February 18, 2020 and continuing through on or about February 28, 2020, in the District of Maryland and elsewhere, the defendants,

**KENNETH MATTHEW CLARK JR.,**
a/k/a "Man", a/k/a "Play,"

did knowingly combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT THREE
### (Possession of Firearm in Furtherance of a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On a date unknown to the Grand Jury but prior to February 18, 2020, and continuing through in or about February 20, 2020, in the District of Maryland, the defendant,

**KENNETH MATTHEW CLARK JR.,**
a/k/a "Man," a/k/a "Play,"

did knowingly (1) possess a firearm, specifically, an American Tactical .22 LR handgun bearing serial number A520515, in furtherance of, and (2) use and carry a firearm, specifically, an American Tactical .22 LR handgun bearing serial number A520515, during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiring to distribute and possess with intent to distribute controlled dangerous substances, in violation of Title 21, United States Code, Section 846 as charged in Count Two of this Indictment.

18 U.S.C. § 924(c)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the defendant's conviction under Count One of the Indictment.

2. As a result of the offense alleged in Count One of this Indictment, the defendant,

**KENNETH CLARK,**
a/k/a "Man," a/k/a "Play,"

shall forfeit to the United States the firearm and ammunition involved in the commission of the offense: one American Tactical .22 LR handgun bearing serial number A520515 with a weapon-mounted Truglo flashlight, and 11 rounds of hollowpoint .22 caliber LR ammunition.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

_Robert K. Hur/sw_
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

8/11/2020
Date

4